UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

In re: SALKIN, STEVEN J. § Case No. 09-10432-DER
   SALKIN, BRENDA J. §
                §
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 11 of the United States Bankruptcy Code was filed on January 10, 2009. The case was converted to one under Chapter 7 on October 30, 2013. The undersigned trustee was appointed on October 30, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of   $   3,907.87

  Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 120.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 3,787.87 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/10/2014 and the deadline for filing governmental claims was 07/09/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $976.97. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $721.84, for a total compensation of $721.84.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $92.17, for total expenses of $92.17.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/10/2015          By: /s/GEORGE W. LIEBMANN, TRUSTEE
                                Trustee, Bar No.: 01112

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-10432-DER  **Trustee:** (400290) GEORGE W. LIEBMANN, TRUSTEE
**Case Name:** SALKIN, STEVEN J.  **Filed (f) or Converted (c):** 10/30/13 (c)
SALKIN, BRENDA J.  **§341(a) Meeting Date:** 12/09/13
**Period Ending:** 04/10/15  **Claims Bar Date:** 03/10/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 111 BAYVIEW, GRASONVILLE, MD 21638. DEED REF 116 | 400,000.00 | 400,000.00 | | 0.00 | FA |
| 2 | 2888 BARRICK RD., FINKSBURG, MD 21048. DEED R | 600,000.00 | 600,000.00 | | 0.00 | FA |
| 3 | CASH ON HAND | 200.00 | 0.00 | | 0.00 | FA |
| 4 | CHECKING ACC'T-PNC BANK | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 5 | CHECKING ACC'T-SUNTRUST IN BANKS, SAVINGS AND LO | 100.00 | 100.00 | | 0.00 | FA |
| 6 | MISC. HHGS, FURNITURE, TVS, COMPUTERS, APPLIANCE | 15,000.00 | 8,700.00 | | 0.00 | FA |
| 7 | MISC. SPORTS COLLECTIBLES STAMP, COIN, RECORD, T | 1,500.00 | 0.00 | | 0.00 | FA |
| 8 | MISC. MEN'S CLOTHING | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | 93MISC. WOMEN'S CLOTHING | 1,500.00 | 500.00 | | 0.00 | FA |
| 10 | MISC. JEWELRY | 10,000.00 | 0.00 | | 0.00 | FA |
| 11 | (2) HANDGUNS AND OTHER HOBBY EQUIPMENT. | 500.00 | 500.00 | | 0.00 | FA |
| 12 | 1/2 MEMBERSHIP INTEREST 767 ENTERPRISES, LLC AND<br>    $26,500 + 60 payments of $1,319.48 per 5th Amended Disclosure Stmt (Pl. 143) | 1,000.00 | 104,668.80 | | 0.00 | FA |
| 13 | 2002 FORD THUNDERBIRD | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 14 | 2002 JEEP WRANGLER | 8,000.00 | 8,000.00 | | 0.00 | FA |
| 15 | 2003 FORD EXPEDITION | 12,000.00 | 12,000.00 | | 0.00 | FA |
| 16 | 19 1/2' BOAT | 14,500.00 | 14,500.00 | | 0.00 | FA |
| 17 | JETSKI | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 18 | MISC. OFFICE EQUIPMENT | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 19 | GRILL | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 20 | LAWN MOWER | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 21 | MISC. TOOLS | 1,500.00 | 0.00 | | 0.00 | FA |
| 22 | SUNTRUST DIP ACCOUNT  (u) | 3,907.87 | 3,907.87 | | 3,907.87 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 09-10432-DER  
**Case Name:** SALKIN, STEVEN J.  
SALKIN, BRENDA J.  
**Period Ending:** 04/10/15

**Trustee:** (400290) GEORGE W. LIEBMANN, TRUSTEE  
**Filed (f) or Converted (c):** 10/30/13 (c)  
**§341(a) Meeting Date:** 12/09/13  
**Claims Bar Date:** 03/10/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 22   Assets   **Totals** (Excluding unknown values) | $1,096,707.87 | $1,178,876.67 | | $3,907.87 | $0.00 |

**Major Activities Affecting Case Closing:**

continue collecting under turnover order

**Initial Projected Date Of Final Report (TFR):**    June 30, 2015      **Current Projected Date Of Final Report (TFR):**    April 10, 2015  (Actual)

Printed: 04/10/2015 03:57 PM    V.13.21

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** 09-10432-DER | **Trustee:** GEORGE W. LIEBMANN, TRUSTEE (400290) |
| **Case Name:** SALKIN, STEVEN J. | **Bank Name:** Rabobank, N.A. |
| SALKIN, BRENDA J. | **Account:** ******1266 - Checking Account |
| **Taxpayer ID #:** **-***3515 | **Blanket Bond:** $2,000,000.00  (per case limit) |
| **Period Ending:** 04/10/15 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/04/14 | {22} | SUNTRUST BANKS, INC. | DIP ACCOUNT | 1229-000 | 3,403.35 | | 3,403.35 |
| 04/04/14 | {22} | SUNTRUST BANKS, INC. | DIP ACCOUNT | 1229-000 | 504.52 | | 3,907.87 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,897.87 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,887.87 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,877.87 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,867.87 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,857.87 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,847.87 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,837.87 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,827.87 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,817.87 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,807.87 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,797.87 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,787.87 |
| | | | **ACCOUNT TOTALS** | | 3,907.87 | 120.00 | $3,787.87 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 3,907.87 | 120.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,907.87** | **$120.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******1266** | 3,907.87 | 120.00 | 3,787.87 |
| | **$3,907.87** | **$120.00** | **$3,787.87** |

{} Asset reference(s)                                                                                     Printed: 04/10/2015 03:57 PM       V.13.21

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 10, 2014

**Case Number:** 09-10432-DER
**Debtor Name:** SALKIN, STEVEN J.

Page: 1

**Date:** April 10, 2015
**Time:** 04:03:46 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | LIEBMANN & SHIVELY, P.A.<br>8 WEST HAMILTON STREET<br>BALTIMORE, MD 21201 | Admin Ch. 7 | | $976.97 | $0.00 | 976.97 |
| 200 | LIEBMANN & SHIVELY, P.A.<br>8 WEST HAMILTON STREET<br>BALTIMORE, MD 21201 | Admin Ch. 7 | | $124.75 | $0.00 | 124.75 |
| 200 | LIEBMANN & SHIVELY, P.A.<br>8 WEST HAMILTON STREET<br>BALTIMORE, MD 21201 | Admin Ch. 7 | | $1,100.00 | $0.00 | 1,100.00 |
| 34<br>200 | United States Trustee<br>101 West Lombard Street , Rm 2625<br>Baltimore, MD 21201 | Admin Ch. 7 | X3868 | $2,925.00 | $0.00 | 2,925.00 |
| 36P<br>570 | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201 | Priority | X2737 | $4,559.00 | $0.00 | 4,559.00 |
| 2<br>100 | GMAC Mortgage, LLC, as servicer for US Bank Nation<br>3451 Hammond Avenue<br>Waterloo, IA 50702 | Secured | | $0.00 | $0.00 | 0.00 |
| 3<br>100 | GMAC Mortgage, LLC/Homecomings<br>3451 Hammond Avenue<br>Waterloo, IA 50702 | Secured | | $0.00 | $0.00 | 0.00 |
| 5<br>100 | Ford Motor Credit Company<br>INVALID ADDRESS PROVIDED | Secured | | $0.00 | $0.00 | 0.00 |
| 6<br>100 | National City Bank<br>P.O. Box 94982<br>Cleveland, OH 44101 | Secured | | $0.00 | $0.00 | 0.00 |
| 14<br>100 | National City Bank<br>3232 Newmark Drive<br>Miamisburg, OH 45342 | Secured | | $0.00 | $0.00 | 0.00 |
| 26S<br>100 | Council Of Unit Owners Of Bayview<br>at Kent Narrows Condominium<br>c/o Thomas Shade, President,119 Bayview<br>Grasonville, MD 21638 | Secured | | $0.00 | $0.00 | 0.00 |
| 28S<br>100 | eCAST Settlement Corp<br>Assignee of HSBC Bank Nevada,Bass & Associates, P.C.,3936 E. Ft. Lowell Rd.,<br>Tucson, AZ 85712 | Secured | | $0.00 | $0.00 | 0.00 |
| 30<br>100 | Suntrust Bank<br>Bankruptcy Department RVW 7941<br>PO Box 85092<br>Richmond, VA 23286 | Secured | | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 10, 2014

**Case Number:** 09-10432-DER  
**Debtor Name:** SALKIN, STEVEN J.

Page: 2

**Date:** April 10, 2015  
**Time:** 04:03:47 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1<br>610 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $12,644.98 | $0.00 | 12,644.98 |
| 4<br>610 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999, ST CLOUD MN 56302<br>Claimant History | Unsecured | | $8,147.90 | $0.00 | 8,147.90 |
| 7<br>610 | Tevis Oil, Inc.<br>Bankruptcy Notification<br>P.O. Box 26<br>Westminster, MD 21158-2600 | Unsecured | | $1,226.69 | $0.00 | 1,226.69 |
| 8<br>610 | GE Consumer Finance<br>For GE Money Bank<br>dba MTD POWER CARD/GEMB, PO Box 960061<br>Orlando, FL 32896-0661 | Unsecured | | $695.65 | $0.00 | 695.65 |
| 9<br>610 | First Equity Card<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | Unsecured | | $8,157.97 | $0.00 | 8,157.97 |
| 10<br>610 | CAPITAL ONE BANK (USA), N.A.<br>C/O TSYS DEBT MANAGEMENT (TDM)<br>PO BOX 5155<br>NORCROSS, GA 30091 | Unsecured | | $14,057.38 | $0.00 | 14,057.38 |
| 11<br>610 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $20.00 | $0.00 | 20.00 |
| 12<br>610 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $37,186.95 | $0.00 | 37,186.95 |
| 13<br>610 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $4,664.92 | $0.00 | 4,664.92 |
| 15<br>610 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>SEATTLE, WA 98111 | Unsecured | 03/24/2014 Amendment 15-3 imported by ORS; original claim didn't exist<br>--------------------------------------------------------------------------------* * * | $0.00 | $0.00 | 0.00 |
| 15 -2<br>610 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>SEATTLE, WA 98111 | Unsecured | 03/24/2014 Amendment 15-3 imported by ORS; original claim didn't exist<br>--------------------------------------------------------------------------------* * * | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 10, 2014

**Case Number:** 09-10432-DER  
**Debtor Name:** SALKIN, STEVEN J.

Page: 3

**Date:** April 10, 2015  
**Time:** 04:03:47 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 15 -3<br>610 | PYOD LLC<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | 04/10/2015 Amendment 15-3 imported by ORS; original claim disallowed<br>----------------------------------------------------------------------------------* * * | $22,054.54 | $0.00 | 22,054.54 |
| 16<br>610 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Unsecured | 03/24/2014 Amendment 16-3 imported by ORS; original claim didn't exist<br>----------------------------------------------------------------------------------* * * | $0.00 | $0.00 | 0.00 |
| 16 -2<br>610 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Unsecured | 03/24/2014 Amendment 16-3 imported by ORS; original claim didn't exist<br>----------------------------------------------------------------------------------* * * | $0.00 | $0.00 | 0.00 |
| 16 -3<br>610 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Unsecured | | $0.00 | $0.00 | 0.00 |
| 17<br>610 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $513.15 | $0.00 | 513.15 |
| 18<br>610 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $125.00 | $0.00 | 125.00 |
| 19<br>610 | LVNV Funding LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603 | Unsecured | | $13,870.84 | $0.00 | 13,870.84 |
| 20<br>610 | LVNV Funding LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603 | Unsecured | | $19,237.57 | $0.00 | 19,237.57 |
| 21<br>610 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $1,107.89 | $0.00 | 1,107.89 |
| 22<br>610 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | Unsecured | | $177.35 | $0.00 | 177.35 |
| 23<br>610 | Mercedes Benz Credit Corporation<br>c/o Shermeta, Adams & Von Allmen PC<br>P.O. Box 80908<br>Rochester Hills, MI 48308-0908 | Unsecured | | $28,752.95 | $0.00 | 28,752.95 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 10, 2014

**Case Number:** 09-10432-DER  
**Debtor Name:** SALKIN, STEVEN J.

Page: 4

**Date:** April 10, 2015  
**Time:** 04:03:47 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 24 / 610 | National City Bank<br>P.O. Box 94982<br>Cleveland, OH 44101 | Unsecured | | $6,523.90 | $0.00 | 6,523.90 |
| 25 / 610 | FIA CARD SERVICES, N.A.<br>ATTN. MR. BK<br>1000 Samoset Drive,DE5-023-03-03<br>Newark, DE 19713 | Unsecured | | $64,018.87 | $0.00 | 64,018.87 |
| 26U / 610 | Council Of Unit Owners Of Bayview<br>at Kent Narrows Condominium<br>c/o Thomas Shade, President,119 Bayview<br>Grasonville, MD 21638 | Unsecured | | $3,242.63 | $0.00 | 3,242.63 |
| 27 / 610 | eCAST Settlement Corp<br>Assignee of HSBC Bank Nevada,Bass &<br>Associates, P.C.,3936 E. Ft. Lowell Rd.,<br>Tucson, AZ 85712 | Unsecured | | $1,146.88 | $0.00 | 1,146.88 |
| 28U / 610 | eCAST Settlement Corp<br>Assignee of HSBC Bank Nevada,Bass &<br>Associates, P.C.,3936 E. Ft. Lowell Rd.,<br>Tucson, AZ 85712 | Unsecured | | $215.42 | $0.00 | 215.42 |
| 29 / 610 | Recovery Management Systems<br>Corporation<br>For GE Money Bank<br>dba BELK,25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | Unsecured | | $337.17 | $0.00 | 337.17 |
| 31 / 610 | Suntrust Bank<br>Bankruptcy Department RVW 7941<br>PO Box 85092<br>Richmond, VA 23286 | Unsecured | | $3,773.11 | $0.00 | 3,773.11 |
| 32 / 610 | SunTrust Bank<br>Attn: Support Services<br>PO Box 85092<br>Richmond, VA 23286 | Unsecured | | $2,119.03 | $0.00 | 2,119.03 |
| 33 / 610 | Eric Uhland<br>3840 Old Taneytown Road<br>Taneytown, MD 21787 | Unsecured | 03/24/2014 Amendment 33-2 imported by ORS; original claim didn't exist<br>--------------------------------------------------------------------------------* * * | $0.00 | $0.00 | 0.00 |
| 33 -2 / 610 | Eric Uhland<br>3840 Old Taneytown Road<br>Taneytown, MD 21787 | Unsecured | | $63,975.29 | $0.00 | 63,975.29 |
| 35 / 610 | Advanta Bank Corporation<br>c/o Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Unsecured | | $9,286.21 | $0.00 | 9,286.21 |
| 36U / 620 | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201 | Unsecured | | $4,767.00 | $0.00 | 4,767.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 10, 2014

**Case Number:** 09-10432-DER  
**Debtor Name:** SALKIN, STEVEN J.

Page: 5

**Date:** April 10, 2015  
**Time:** 04:03:47 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| << Totals >> | | | | 341,732.96 | 0.00 | 341,732.96 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                                Exhibit D

Case No.: 09-10432-DER
Case Name: SALKIN, STEVEN J.
Trustee Name: GEORGE W. LIEBMANN, TRUSTEE

**Balance on hand:**                    $        3,787.87

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $        0.00
Remaining balance:                        $    3,787.87

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - LIEBMANN & SHIVELY, P.A. | 976.97 | 0.00 | 721.84 |
| Trustee, Expenses - LIEBMANN & SHIVELY, P.A. | 124.75 | 0.00 | 92.17 |
| Attorney for Trustee, Fees - LIEBMANN & SHIVELY, P.A. | 1,100.00 | 0.00 | 812.73 |
| Fees, United States Trustee | 2,925.00 | 0.00 | 2,161.13 |

Total to be paid for chapter 7 administration expenses:    $    3,787.87
Remaining balance:                                          $        0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $        0.00
Remaining balance:                                              $        0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,559.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 36P | Comptroller of the Treasury | 4,559.00 | 0.00 | 0.00 |

|  |  |
|---|---:|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 327,280.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Discover Bank/DFS Services LLC | 12,644.98 | 0.00 | 0.00 |
| 4 | JEFFERSON CAPITAL SYSTEMS LLC | 8,147.90 | 0.00 | 0.00 |
| 7 | Tevis Oil, Inc. | 1,226.69 | 0.00 | 0.00 |
| 8 | GE Consumer Finance | 695.65 | 0.00 | 0.00 |
| 9 | First Equity Card | 8,157.97 | 0.00 | 0.00 |
| 10 | CAPITAL ONE BANK (USA), N.A. | 14,057.38 | 0.00 | 0.00 |
| 11 | American Express Bank FSB | 20.00 | 0.00 | 0.00 |
| 12 | FIA CARD SERVICES, NA/BANK OF AMERICA | 37,186.95 | 0.00 | 0.00 |
| 13 | FIA CARD SERVICES, NA/BANK OF AMERICA | 4,664.92 | 0.00 | 0.00 |
| 15 -3 | PYOD LLC | 22,054.54 | 0.00 | 0.00 |
| 17 | American Express Bank FSB | 513.15 | 0.00 | 0.00 |
| 18 | American Express Bank FSB | 125.00 | 0.00 | 0.00 |
| 19 | LVNV Funding LLC | 13,870.84 | 0.00 | 0.00 |
| 20 | LVNV Funding LLC | 19,237.57 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 21 | American Express Centurion Bank | 1,107.89 | 0.00 | 0.00 |
| 22 | Chase Bank USA,N.A | 177.35 | 0.00 | 0.00 |
| 23 | Mercedes Benz Credit Corporation | 28,752.95 | 0.00 | 0.00 |
| 24 | National City Bank | 6,523.90 | 0.00 | 0.00 |
| 25 | FIA CARD SERVICES, N.A. | 64,018.87 | 0.00 | 0.00 |
| 26U | Council Of Unit Owners Of Bayview | 3,242.63 | 0.00 | 0.00 |
| 27 | eCAST Settlement Corp | 1,146.88 | 0.00 | 0.00 |
| 28U | eCAST Settlement Corp | 215.42 | 0.00 | 0.00 |
| 29 | Recovery Management Systems Corporation | 337.17 | 0.00 | 0.00 |
| 31 | Suntrust Bank | 3,773.11 | 0.00 | 0.00 |
| 32 | SunTrust Bank | 2,119.03 | 0.00 | 0.00 |
| 33 -2 | Eric Uhland | 63,975.29 | 0.00 | 0.00 |
| 35 | Advanta Bank Corporation | 9,286.21 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $            0.00
Remaining balance: $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 4,767.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 36U | Comptroller of the Treasury | 4,767.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $            0.00
Remaining balance: $            0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**